UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Elizabeth Longoria ; Melissa Gomez
County of Residence: Pima
County Where Claim For Relief Arose: Pima

**Defendant(s):** American Automobile Association, Inc.
County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):
**James A. Vagnini**
**Valli Kane & Vagnini LLP**
**600 Old Country Road, Ste. 519**
**Garden City, New York  11530**
**(516) 203-7180**

Defendant's Atty(s):

II. Basis of Jurisdiction: 3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties
(Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

IV. Origin : 1. Original Proceeding

V. Nature of Suit: 710 Fair Labor Standards Act

VI. Cause of Action: 29 U.S.C. §§ 201, et seq., Fair Labor Standards Act

VII. Requested in Complaint
Class Action: Yes
Dollar Demand: In an amount to be determined at trial
Jury Demand: Yes

VIII. This case **is not related** to another case.

Signature: Merle Joy Turchik

Date: September 25, 2020

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014