1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Longoria and Melissa Gomez, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>AAA Arizona, Inc., a domestic corporation,<br><br>          Defendant. | No. 4:20-cv-00406-JAS (BGM)<br><br>**ORDER RE JOINT MOTION FOR APPROVAL OF PROPOSED FLSA COLLECTIVE SETTLEMENT AND SUPPORTING MEMORANDUM** |

Upon consideration of the parties' Joint Motion for Approval of Proposed FLSA Collective Settlement and Supporting Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED.