# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elizabeth Longoria and Melissa Gomez, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AAA Arizona, Inc., a domestic corporation,<br><br>Defendant. | No. 4:20-cv-00406-JAS (BGM)<br><br>**ORDER RE JOINT MOTION FOR APPROVAL OF PROPOSED FLSA COLLECTIVE SETTLEMENT AND SUPPORTING MEMORANDUM** |

Upon consideration of the parties' Joint Motion for Approval of Proposed FLSA Collective Settlement and Supporting Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 1st day of September, 2022.

_____
Honorable James A. Soto
United States District Judge