1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

7
8

| | |
|---|---|
| Elizabeth Longoria, et al., | **NO. CV-20-00406-TUC-JAS (BGM)** |
| Plaintiffs, | |
| v. | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| American Automobile Association Incorporated, et al., | |
| Defendants. | |

9
10
11
12
13
14

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice.

15
16
17
18

Debra D. Lucas
District Court Executive/Clerk of Court

19
20

April 20, 2023

21
22

By

s/ Jennifer A. McCarthy
Deputy Clerk

23
24
25
26
27
28